UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAMARCUS McGEE** | **CIVIL ACTION** |
| versus | **NO. 14-1063** |
| **N. BURL CAIN** | **SECTION: "I" (3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's "Motion for Stay and Abeyance," Rec. Doc. 4, is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the "second or successive" petition for federal *habeas corpus* relief filed by LaMarcus McGee is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

New Orleans, Louisiana, this  30th  day of        July        , 2014.

_____
UNITED STATES DISTRICT JUDGE